IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff v. DANIEL SAXTON, Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION REQUESTING A COPY OF WARRANTS AND AFFIDAVITS FOR WARRANTS<br><br>Case No. 2:15-cr-52<br><br>Judge Clark Waddoups |
|---|---|

Daniel James Saxton (Mr. Saxton) has filed a motion requesting "copies of warrants and affidavits for warrants pertaining to this case."[1] (ECF No. 69.) In support of his request, Mr. Saxton cites to Rule 55 of the Federal Rules of Criminal Procedure, which provides: "[t]he clerk of the district court must keep records of criminal proceedings in the form prescribed by the Director of the Administrative Office of the United States courts. The clerk must enter in the records every court order or judgment and the date of entry." Fed. R. Crim. P. 55.

While Rule 55 requires the "clerk of the district court" to "keep records of criminal proceedings," Mr. Saxton has pointed to no authority holding that Rule 55 imposes a duty on the court, or on the court clerk, to provide copies of those records to prisoners. Nor has Mr. Saxton cited to any authority so holding.

Mr. Saxton's Motion Requesting a Copy of Warrants and Affidavits for Warrants, (ECF No. 69) is DENIED.

---

[1] On June 14, 2016, Mr. Saxton pled guilty to possession of child pornography. (ECF No. 37.) On May 4, 2017, the court sentenced Mr. Saxton to 48 months Bureau of Prisons custody and supervised release for life. (ECF No. 59.) Five days later, the court entered judgment in the case. (ECF No. 61.) Mr. Saxton did not appeal his conviction. On January 29, 2018, Mr. Saxton filed a "Notice of Intent to file for Habeas Corpus Relief" in the District of Colorado. (ECF No. 68.)

DATED this 13th day of March, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge